**2006–0628.   State v. Williams.**
Trumbull App. No. 2004–T–0136, 2006-Ohio-617. This cause is pending before the court as a death penalty postconviction case. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion is denied.

**2006–0645.   State v. Ice.**
Columbiana App. No. 05CO72, 2006-Ohio-1470. This cause is pending before the court as a discretionary appeal and a claimed appeal of right. Upon consideration of appellant's motion for stay of the court of appeals' judgment,

IT IS ORDERED by the court that the motion is denied.

## MISCELLANEOUS DISMISSALS

**2006–0164.   State v. Marshall.**
Pickaway App. No. 05CA21, 2005-Ohio-7106. This cause is pending before the court as a discretionary appeal and claimed appeal of right. Upon consideration of appellant's application for dismissal,

IT IS ORDERED by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.